# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>ERIC MANDEL,<br><br>     Plaintiff,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>     Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br><br>Case No. 3:20-cv-03534 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 16, 2025          Respectfully submitted,


**BURR & FORMAN LLP**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: 803-799-9800
Fax: 803-753-3278
Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com

*Counsel for Blackbaud*

**MCCULLEY MCCLUER PLLC**

*/s/ Catherine H. McElveen*
Catherine H. McElveen
Frank B. Ulmer
Stuart H. McCluer
701 East Bay Street, Suite 411
Charleston, SC 29403
(843) 509-5609
kmcelveen@mcculleymccluer.com
fulmer@mcculleymccluer.com
smccluer@mcculleymccluer.com

**LOCKRIDGE GRINDAL NAUEN PLLP**

*/s/ Karen H. Riebel*
Karen H. Riebel
Kate M. Baxter-Kauf
Maureen K. Berg
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

*Counsel for Plaintiff*